O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-6282-AHM (CTx) | Date | July 21, 2008 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, et al. v. 24 HOUR FITNESS USA, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Melissa M. Harnett | Michael E. Delehunt | |

**Proceedings:**   PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT [128]

Hearing held; appearances made.  Tentative ruling is circulated.

Court hears oral argument and takes Plaintiffs' Motion for Leave to File Fourth Amended Complaint under submission.  Order will issue.

|   | : | 27 |
|---|---|---|
| Initials of Preparer | | se |