O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-6282-AHM (CTx) | Date | July 21, 2008 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, et al. v. 24 HOUR FITNESS USA, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sandy Eagle | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Melissa Harnett | Michael Delehunt | | |

**Proceedings:**   STATUS CONFERENCE;  and
ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT  [128]

Status Conference held; appearances made. Court and counsel discuss status of case.

The Court grants the parties' application to file documents under seal as specified in Joint Memorandum (docket no. 142).

The Court sets the following briefing schedules:

> The last day for Defendant to file a motion to dismiss is 8/25/08; opposition due 9/8/08; reply due 9/15/08. Motion hearing shall be set on 9/22/08.

> Discovery deadlines: Non-expert discovery cut off on all claims except any surviving RICO claims will be 11/24/08. Non-expert discovery cut off on RICO claim will be 2/16/09.

> Summary Judgment deadlines:  If there is no RICO claim, last day to file summary judgment motion is 12/15/08; opposition due 1/5/09; reply due 1/19/09; hearing on 2/2/09.

> If RICO is included, the last day to file summary judgment motion is 3/16/09; opposition due 3/30/09; reply due 4/13/09; hearing on 4/27/09.

The Court GRANTS Plaintiffs' Motion for Leave to File Fourth Amended Complaint [128].

:   20

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-6282-AHM (CTx) | Date | July 21, 2008 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, et al. v. 24 HOUR FITNESS USA, INC., et al. | | |

Initials of Preparer        se