O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-6282-AHM (CTx) | Date | September 22, 2008 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, et al. v. 24 HOUR FITNESS USA, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melissa M. Harnett | Kevin Woodall |
| | Michael E. Delehunt |

**Proceedings:** MOTION to Dismiss Claims and Strike Language In The Fourth Amended Complaint filed by Defendant 24 Hour Fitness USA Inc. [150]

Cause called; appearances made.

Court circulates a tentative order and hears oral argument. For reasons and findings stated on the record, the Court GRANTS in PART and DENIES in PART defendants' motion to dismiss. The fifth amended complaint must be filed by not later than September 29, 2008. The answer is due 15 days thereafter.

| | : | 17 |
|---|---|---|
| | Initials of Preparer | SMO |