O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV06-6282-AHM (CTx) | Date | November 3, 2008 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, et al. v. 24 HOUR FITNESS USA, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Karen Kay | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melissa M. Harnett | Kevin F. Woodall |
| Gregory B. Scarlett | Michael E. Delehunt |
| Jeffrey Keller (via tel.0 | |

**Proceedings:**   STATUS CONFERENCE RE: CLARIFICATION OF DISCOVERY CUT-OFFS

Cause called; appearances made.

Court orders that the Fifth Amended Complaint be filed openly and without redactions. Court grants defendants' oral motion to dismiss as to the EFTA claims but denies their motion as to the statute of limitations issue.

Court sets a new discovery (expert/non-expert) cut-off date of March 23, 2009. Discovery is bifurcated with discovery on liability and certification to proceed whereas discovery on damages and bifurcation is to be continued until after the Court rules on the forthcoming class certification motion.

Court intends to rule on the class certification motion prior to turning to any summary judgment motion. March 2, 2009 is the last day to file a class certification. The briefing schedule should allow three weeks to file an opposition and two weeks to file any reply. Plaintiff is to give written notice of when they intend to file their motion and to disclose to defendants their prospective expert information.

Court also sets May 4, 2009 as the last day to file any summary judgment or summary adjudication motion.

| | : | 52 |
|---|---|---|
| Initials of Preparer | | SMO |