O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-6282 AHM (CTx) | Date | November 3, 2008 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, *et al.* v. 24 HOUR FITNESS USA, INC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melissa M. Harnett | Kevin F. Woodall |
| Gregory B. Scarlett | Michael E. Delehunt |
| Jeffrey Keller (via tel.) | |

**Proceedings:** STATUS CONFERENCE RE: CLARIFICATION OF DISCOVERY CUT-OFFS

# AMENDED MINUTES OF STATUS CONFERENCE[1]

Cause called; appearances made.

The Court orders that the Fifth Amended Complaint be filed openly and without redactions. Court *sua sponte* STRIKES Defendant's affirmative defense of lack of pre-litigation notice as to the EFTA claim, but will not strike Defendant's statute of limitations defense.

The Court sets a new expert and non-expert discovery cut-off date of March 23, 2009. This date applies to liability and class certification discovery but does not apply to damages and restitution.

The Court will permit Plaintiffs to file at any time their anticipated motion for summary judgment on the fifth cause of action.

March 2, 2009 is the last day to file the motion for class certification on the federal claims. May 4, 2009 is the last day to file a summary judgment or adjudication motion as to the federal claims. The Court intends to rule on the class certification motion prior to

---

[1] **This is the Court's only response to Defendant's Request for Clarification of the Court's November 3, 2008 Minute Order.**

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-6282 AHM (CTx) | Date | November 3, 2008 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, *et al.* v. 24 HOUR FITNESS USA, INC, *et al.* | | |

turning to any summary judgment motion directed to those claims. The class certification briefing schedule should allow three weeks to file an opposition and two weeks to file any reply. Plaintiffs are to give at least two weeks' written notice of when they intend to file their motion. In their notice Plaintiffs must disclose to Defendant their prospective experts on class issues and demand that Defendant likewise disclose any experts they may use.

     Class certification of Plaintiffs' state law claims will be deferred pending the certification and summary judgment proceedings for the federal claims. If Plaintiffs prevail in these proceedings, the Court will issue an order to show cause why the remaining state law class claims should not be dismissed without prejudice under an appropriate tolling agreement.

:

Initials of Preparer