O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-6282 AHM (CTx) | Date | April 30, 2009 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, *et al.* v. 24 HOUR FITNESS USA, INC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court GRANTS Defendant 24 Hour Fitness USA, Inc.'s unopposed *ex parte* application for leave to exceed the page limitation of Local Rule 11-6 and to modify the briefing schedule for its motion for partial summary judgment as to Plaintiffs' federal law claims.[1]  24 Hour Fitness shall be granted a 30 page limit for the memorandum of points and authorities to be filed in support of its motion for partial summary judgment, exclusive of any declarations and exhibits filed therewith.  Plaintiffs shall have a 30-page limit for their opposition brief, exclusive of any declarations and exhibits filed therewith.  24 Hour Fitness will have a 25-page limit for its reply brief, exclusive of any declarations and exhibits filed therewith.

In their briefs the parties must not simply repeat the facts set forth in their Statement of Uncontroverted Facts or Statement of Genuine Issues and they must cite to these Statements.

In addition, Plaintiffs shall have a total of 17 days, or until 1:00 p.m., Thursday, May 21, 2009, in which to file any opposition to 24 Hour Fitness's motion for partial summary judgment.  24 Hour Fitness shall have a total of 11 days, or until Monday, June 1, 2009 in which to file its reply to Plaintiffs' opposition.  The hearing on 24 Hour Fitness's motion will be calendared for June 8, 2009 at 10:00 a.m.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 366.