MELISSA M. HARNETT (SBN 164309; mharnett@wcclaw.com)
GREGORY B. SCARLETT (SBN 131486; gscarlett@wcclaw.com)
**WASSERMAN, COMDEN**
 **& CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266

Jeffrey F. Keller, Esq. (SBN 148005; jfkeller@kellergrover.com)
**KELLER GROVER LLP**
425 2nd Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for DANIEL FRIEDMAN, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEDMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> 24 HOUR FITNESS USA, INC., et al., <br><br> Defendants. | CASE NO. CV 06-06282 AHM (CTx) <br><br> **CLASS ACTION** <br><br> **ORDER RE SCHEDULE PENDING SETTLEMENT OF THE PARTIES** <br><br> **Hon. A. Howard Matz** <br> **Crtrm.: 14** |

933727.1        1        CV 06-06282 AHM (CTx)
ORDER RE JOINT REPORT OF PARTIES RE MEDIATION

Having considered the Joint Report Re Mediation filed by the parties, the Court hereby stays and suspends implementation of the notice plan set forth in the Court's Order of November 30, 2009, pending the Court's consideration of the anticipated motion for preliminary approval of the settlement agreement to be entered by the parties.

The Court orders the parties to file a motion for preliminary approval of the settlement agreement by January 18, 2010. The motion for preliminary approval will set forth a proposed schedule for *inter alia* notice, deadlines for class members' response, claims administration and final approval by the Court. If negotiations of the settlement agreement require the postponement of this deadline, the parties will so advise the Court.

Dated: _December 21, 2009

_____
HON. A. HOWARD MATZ
DISTRICT COURT JUDGE