Melissa M. Harnett, Esq. (SBN 164309; mharnett@wcclaw.com)
Gregory B. Scarlett, Esq. (SBN 131486; gscarlett@wcclaw.com)
**WASSERMAN, COMDEN**
 **& CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile:  (818) 996-8266

Jeffrey F. Keller, Esq. (SBN 148005; jfkeller@kellergrover.com)
**KELLER GROVER LLP**
425 2nd Street, Suite 500
San Francisco, CA  94107
Telephone:  (415) 543-1305
Facsimile:  (415) 543-7861

Attorneys for Plaintiff DANIEL FRIEDMAN, *et al.*

James F. Basile,Esq. (SBN 228965; james.basile@kirkland.com)
Elizabeth L. Deeley, Esq. (SBN 230798; elizabeth.deeley@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:   (415) 439-1500

Attorneys for Defendant
24 HOUR FITNESS USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEDMAN, *et al.*, | Case No.  CV 06-06282 AHM (CTx) |
| Plaintiffs, | **Putative Class Action** |
| v. | **ORDER RE REVISED SCHEDULE FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| 24 HOUR FITNESS, INC., | |
| Defendant. | Hon. A. Howard Matz |
| | Crtrm.: 14 |

1      Having considered the Stipulation of Parties Re Revised Schedule for

2  Preliminary Approval of Settlement, the Court hereby continues the deadline by

3  which the parties must file the motion for preliminary approval of settlement to

4  March 3, 2010.  As the parties have advised the Court that the motion will be

5  uncontested, and no opposition or reply briefs will be filed, the Court further orders

6  that the hearing on the motion for preliminary approval of settlement will be on

7  March 15, 2010 at 10:00 a.m.

8

9  Dated: February 22, 2010

10

11

12                                                      _____

13                                                      HON. A. HOWARD MATZ

                                                    DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER RE REVISED SCHEDULE FOR PRELIMINARY APPROVAL**