MELISSA M. HARNETT (SBN 164309; mharnett@wcclaw.com)
GREGORY B. SCARLETT (SBN 131486; gscarlett@wcclaw.com)
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266

Jeffrey F. Keller, Esq. (SBN 148005; jfkeller@kellergrover.com)
**KELLER GROVER LLP**
425 2nd Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for DANIEL FRIEDMAN, et al.

James F. Basile, (SBN 228965; james.basile@kirkland.com)
Elizabeth L. Deeley, (SBN. 230798; elizabeth.deeley@kirkland.com)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
24 HOUR FITNESS USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEDMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> 24 HOUR FITNESS USA, INC., et al., <br><br> Defendants. | CASE NO. CV 06-06282 AHM (CTx) <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING JOINT STIPULATION OF PARTIES TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL** |

1  Having considered the Stipulation of Parties Re Revised Schedule For Preliminary
2  Approval of Settlement, the Court hereby continues the deadline by which the parties must
3  file the motion for preliminary approval of settlement to March 11, 2010. As the parties
4  have advised the Court that the motion will be uncontested, and no opposition or reply
5  briefs will be filed, the Court further orders that the hearing on the motion for preliminary
6  approval of settlement will be on March 22, 2010 at 10:00 a.m.

Dated: March 04, 2010

HON. A. HOWARD MATZ
DISTRICT COURT JUDGE