MELISSA M. HARNETT (SBN 164309; mharnett@wccelaw.com)
ROBERT L. ESENSTEN (SBN 65728; resensten@wccelaw.com)
GREGORY B. SCARLETT (SBN 131486; gscarlett@wccelaw.com)
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266

Jeffrey F. Keller, Esq. (SBN 148005; jfkeller@kellergrover.com)
**KELLER GROVER LLP**
425 2nd Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEDMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>24 HOUR FITNESS USA, INC., et al.,<br><br>Defendants. | CASE NO. CV 06-06282 AHM (CTx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:   March 22, 2010<br>Time:  10:00 a.m.<br>Crtrm.: 14<br>Judge:  Hon. A. Howard Matz |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 22, 2010 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable A. Howard Matz, in Courtroom 14, located at 312 North Spring Street, Los Angeles, California, the Parties, will, and hereby do, move for preliminary approval of settlement pursuant to Federal Rules of Civil Procedure rule 23(e). The Parties hereby move for an order:

1. Conditionally certifying, for settlement purposes only, the Settlement Class;

2. Appointing Plaintiffs Daniel Friedman, Thomas Hernan, Jr., Luis Riojas, Craig Jones, Molly Kramer, Willman Alfaro, Stephanie Dougherty, Kimberly Zander and Debra McKenna as Settlement Class Representatives;

3. Appointing Wasserman, Comden, Casselman & Esensten, L.L.P. and Keller Grover LLP as Settlement Class Counsel;

4. Appointing Rust Consulting, Inc. as the Settlement Administrator;

5. Approving the Parties' proposed form and method of notifying Settlement Class Members of the Settlement, methodology for opting out of the Settlement, and methodology for objecting to the Settlement;

6. Setting dates for the: (a) Notice Response Deadline; (b) Claim Form Deadline; (c) deadline to mail class notice; (d) deadline to publish class notice;

7. Setting a deadline for the parties to file a motion for final approval of Settlement Agreement, motion for approval of attorneys' fees and costs and class representative incentive awards and any responses to objections filed by Settlement Class Members;

8. Setting a hearing date for the Final Approval Hearing for the Court will determine whether to grant final approval of the Settlement, including the award of attorneys' fees, costs and incentive awards contemplated by the Settlement, and enter Final Judgment.

1 | This Motion is based upon this Notice of Motion and Motion; the
2 | Memorandum of Points and Authorities in Support of Preliminary Approval of
3 | Settlement; the Declaration of Melissa M. Harnett; the exhibits to the declarations,
4 | including the Settlement Agreement, which is attached as "Exhibit A" to the
5 | Declaration of Melissa M. Harnett; any other declarations filed in support of the
6 | Motion; the papers and pleadings on file in this action; and upon such other
7 | evidence as may be presented to the Court at the time of the hearing.

DATED: March 12, 2010          Respectfully submitted,

                               **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**

                               By:  /s/-Melissa M. Harnett
                                    MELISSA M. HARNETT
                               Attorneys for Plaintiffs

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

941072.1

3

Notice of Motion and Motion for Preliminary Approval of Settlement