CV06-6282-AHM (CTx)

PO BOX 383
Fresno, TX 77545



May 6, 2010

U.S. District Court for the Central District of California
Clerk of Court
312 N. Spring Street
Los Angeles, CA 90012

Subject: Daniel Friedman et al. v. 24 Hour Fitness USA, Inc., case no. CV 06-06282

To Whom It May Concern:

I am writing to object the settlement for the subject line case. The following is the information per your requirements for objection.

1) a. Full Name: Rogelio Mendoza
   b. Address: PO BOX 383 Fresno, TX 77545
   c. Telephone Number: (832) 731-2440

2) Member Number: IL58678

3) I object to the settlement for the reason that 24 Hour Fitness collected from me more than the settlement amount of $20 after my notice for cancellation. I requested cancellation in October 2009. 24 Hour Fitness collected an additional (2) months after my request for cancellation at a rate of $32.46 per month for a total of $64.92.

4) Attached are copies of my credit card statements for the months of November 2009 and December 2009, for which 24 Hour Fitness charged me after notice of cancellation.

5) There are no persons who will testify in support of the objection.

6) I, Rogelio Mendoza, Settlement Class Member, do not intend to appear at the Settlement Hearing.

7) _____
   Rogelio Mendoza
   Settlement Class Member

# Student Visa®

**Account Number**

Customer Service: 1-800-547-3673
PO BOX 142319 IRVING, TX 75014-2319

| Minimum Payment Due | Payment Due Date | New Balance |
|---|---|---|
|  | 12/09/2009 |  |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a $39 late fee and your APRs may be increased up to the Penalty APR of 29.99%.

| Credit Limit | Available Credit | Cash Advance Limit | Available Cash Limit | Statement Closing Date | Days in Billing Cycle |
|---|---|---|---|---|---|
|  |  |  |  | 11/12/2009 | 30 |

## Summary of Account Activity

| Previous Balance | Payments | Other Credits | Purchases | Balance Transfers | Cash Advances |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Amt Over Credit Line | Past Due Amount | New Balance |
|---|---|---|
|  |  |  |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
|  | 11/09 |  | Payments, Credits & Adjustments<br>CLICK-TO-PAY PAYMENT, THANK YOU |  |
| 10/25 | 10/25 |  | Standard Purch<br>24HR FITNESS DUES         800-432-6348 CA | 32.46 |
| 11/02 | 11/02 |  |  |  |
| 11/03 | 11/03 |  | 4154 DYNAMIC FITNESS CLUBPEARLAND   TX | 84.42 |
|  | 11/12 |  |  |  |

Transfer your high-rate balances and save! Enjoy a promotional 0.990% APR on transferred balances until 08/01/2010. After that your purchase APR will apply. There is a finance charge of 3.00% of the amount of each balance transfer, but not less than $5 or more than $150. The enclosed check(s) must post to your account by 12/21/2009. Save Now, use the attached check(s), or visit us at www.student.accountonline.com.

| Extra Cash from Citi Summary | | | extracash.citi.com |
|---|---|---|---|
| Extra Cash Earned This Period | Extra Cash Adjustments This Period | Total Extra Cash Earned This Period | Extra Cash Transferred To Your Extra Cash from Citi Account |
|  |  |  |  |

For complete program details, your most current Extra Cash balance and ways to redeem your Extra Cash earned, visit the Extra Cash from Citi website.

Extra Cash from Citi Member ID

---

SEND PAYMENTS TO:  CITI CARDS PO BOX 183051 COLUMBUS, OH 43218-3051                                                              191N
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 12/09/2009

Visit: www.student.accountonline.com

1462120005491111727774406689511 2

DEC 09 2009

191N VI  00 V 1      BR1170322

ROJELIO MENDOZA
P.O. BOX 383
FRESNO                    TX   77545-0383

CITI CARDS
PO BOX 183051
COLUMBUS, OH      43218-3051

( )                ( )
New Home Phone     New Business Phone

*If you provide an e-mail address, we may use it to contact you about your account. We may also use your e-mail address to send you information about products and services you might find useful.

Print changes of address, phone number or email above↑

### It's good to have benefits that have your back.

**Your card has built-in benefits:**

» **Retail Purchase Protection.**
Protects most items purchased with your card against theft or accidental damage up to 90 days from purchase date.

» **Zero Liability.**
$0 liability for unauthorized charges made to your account online or offline.

» **Fraud Early Warning.**
We will contact you if we identify any unusual account activity.

PGEN168209

# Student Visa®

Account Number
Customer Service: 1-800-547-3673
PO BOX 142319 IRVING, TX 75014-2319

| Minimum Payment Due | Payment Due Date | New Balance |
|---|---|---|
| | 01/11/2010 | |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a $39 late fee and your APRs may be increased up to the Penalty APR of 29.99%.

| Credit Limit | Available Credit | Cash Advance Limit | Available Cash Limit | Statement Closing Date | Days in Billing Cycle |
|---|---|---|---|---|---|
| | | | | 12/14/2009 | 32 |

**Summary of Account Activity**

| Previous Balance | Payments | Other Credits | Purchases | Balance Transfers | Cash Advances |
|---|---|---|---|---|---|

| Amt Over Credit Line | Past Due Amount | New Balance |
|---|---|---|

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 12/09 | | Payments, Credits & Adjustments CLICK-TO-PAY PAYMENT, THANK YOU | |
| 11/25 | 11/25 12/14 | | Standard Purch 24HR FITNESS DUES     800-432-6348 CA | 32.46 |

**Extra Cash from Citi Summary** — extracash.citi.com

| Extra Cash Earned This Period | Extra Cash Adjustments This Period | Total Extra Cash Earned This Period | Extra Cash Transferred To Your Extra Cash from Citi Account |
|---|---|---|---|

For complete program details, your most current Extra Cash balance and ways to redeem your Extra Cash earned, visit the Extra Cash from Citi website.

Extra Cash from Citi Member ID

Save time and money on last minute gifts with Extra Cash from Citi. Use Extra Cash from Citi for online discounts on thousands of items, such as 10% savings on gift cards like Macy's, Gap, & more. Visit extracash.citi.com to check your balance and start saving with this free benefit.

---

SEND PAYMENTS TO: CITI CARDS PO BOX 183051 COLUMBUS, OH 43218-3051     1789N
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 01/11/2010

Visit: www.student.accountonline.com

1462120005491111727841607126521`4

JAN 11 2010

1789N VI  00 V 1  BR1100342

ROJELIO MENDOZA
PO BOX 383
FRESNO          TX  77545-0383

CITI CARDS
PO BOX 183051
COLUMBUS, OH     43218-3051

( )          ( )
New Home Phone    New Business Phone

*If you provide an e-mail address, we may use it to contact you about your account. We may also use your e-mail address to send you information about products and services you might find useful.