CV06 - 6282-AHM (CTx)

# Finis Cowan
# Cowan Law Firm

500 Summit Tower
Eleven Greenway Plaza
Houston, Texas 77046
713/582-6066
713/439-1600 (fax)
Finis@finiscowan.com



Board Certified – Civil Trial Law
Texas Board of Legal Specialization

Clerk of the Court
U.S. District Court
312 N. Spring St.
Los Angeles CA 900012

Re: **_Defective Notices_** of Proposed Class Action Settlement in _Daniel Friedman et al v. 24 Hour Fitness USA, Inc._

Dear Clerk:

We represent Finis Cowan, Linda Cowan, Tom Cowan, William Cowan and Grace Cowan, who all qualify as Settlement Class Members.

We object to the proposed settlement because plaintiffs class counsel are in violation of the settlement agreement, class action rules and presumably the Court's order to <u>issue notice</u> and settlement claim forms <u>to each Settlement Class Member</u>.

Attached are some examples of defective notices issued to "Grace Cowan c/o William Cowan" and "Linda Cowan c/o Tom Cowan." The shuffling and combining of members' names has the effect of reducing the number of qualifying members who can take advantage of the settlement offer and deprives some members or an opportunity to participate.

Class counsel should be ordered to reissue all notices that were sent to multiple names to each member in her or his individual name.

Yours truly,

_[signature]_

Finis Cowan

Friedman v. 24 Hour Fitness
C/O Settlement Administrator
PO Box 2314
Faribault MN 55021-9014

Your rights may be affected by a proposed class action settlement.

If your contact information is different than what is on this notice, or if your address changes, please send your corrected address to:

FRIEDMAN V. 24 HOUR FITNESS USA, INC
C/O SETTLEMENT ADMINISTRATOR
PO BOX 2313
FARIBAULT MN 55021-9013

FRIEDMAN V. 24 HOUR FITNESS USA, INC
C/O SETTLEMENT ADMINISTRATOR
PO BOX 2314
FARIBAULT MN 55021-9014

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

05943340-0890902

LINDA COWAN C/O
TOM COWAN
3425 E BAYOU DR
DICKINSON, TX 77539-7532

You may be a member of the Class if you paid dues for a monthly membership at 24 Hour Fitness.

If someone else paid the final monthly dues payment for you, you should forward this notice to that person.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Daniel Friedman et al. v. 24 Hour Fitness USA, Inc., case no. CV 06-06282

NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

A Federal District Court Authorized This Mailing. This is Not a Solicitation.

PLEASE READ THIS NOTICE CAREFULLY. YOU ARE NOT BEING SUED BUT YOUR LEGAL RIGHTS MAY BE AFFECTED BY A CLASS ACTION SETTLEMENT NOW PENDING.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## Daniel Friedman et al. v. 24 Hour Fitness USA, Inc., case no. CV 06-06282

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**A Federal District Court Authorized This Mailing. This is Not a Solicitation.**

PLEASE READ THIS NOTICE CAREFULLY. YOU ARE NOT BEING SUED BUT YOUR LEGAL RIGHTS MAY BE AFFECTED BY A CLASS ACTION SETTLEMENT NOW PENDING.

> If someone else paid the final monthly dues payment for you, you should forward this notice to that person.

---

You may be a member of the Class if you paid dues for a monthly membership at 24 Hour Fitness.

FRIEDMAN V. 24 HOUR FITNESS USA, INC
C/O SETTLEMENT ADMINISTRATOR
PO BOX 2314
FARIBAULT MN 55021-9014

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

FRIEDMAN V. 24 HOUR
FITNESS USA, INC
C/O SETTLEMENT
ADMINISTRATOR
PO BOX 2313
FARIBAULT MN
55021-9013

If your contact information is different than what is on this notice, or if your address changes, please send your corrected address to:

Your rights may be affected by a proposed class action settlement.

07343810-0890903

GRACE COWAN C/O
WILLIAM COWAN
3425 E BAYOU DR
DICKINSON, TX 77539-7532