Darrell Palmer (SBN 125147)
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@palmerlegalteam.com

Attorney for Objector Toni Ozen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL FRIEDMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 24 HOUR FITNESS USA, INC., et al., <br><br> Defendants. | Case No. 06-cv-06282 AHM (CTx) <br><br> **CLASS ACTION** <br><br> **OBJECTION OF TONI OZEN TO PROPOSED SETTLEMENT AND NOTICE OF INTENT TO APPEAR** <br><br> Date: July 12, 2010 <br> Time: 10:00 a.m. <br> Place: Courtroom 14 <br> Judge: Hon. A. Howard Matz |

COMES NOW, TONI OZEN ("Objector") Class Member to this action, by and through her undersigned counsel, and hereby files these Objections to the Proposed Class Action Settlement, gives notice of her counsel's intent to appear at the July 12, 2010, fairness hearing, and requests award of an incentive fee for serving as an unnamed class member objector.

1

Objector, TONI OZEN, represents to the court that she is a Class Member, qualified to make a claim for the proposed relief for as set forth in the NOTICE OF CLASS ACTION SETTLMENT; her address and phone number are 2901 Barton Skwy, Apt. 1509, Austin TX 78746, (512) 289-5682, but all mail should be sent to her attorney's address above. Ms. Ozen's membership number is JC09538.

## I.

### Class Counsel Has Failed to Direct Notice of Their Fee Motion to the Class Members in a Reasonable Manner

Fed. R. Civ. P. 23(h) provides:

> (1) A claim for an award must be made by motion under Rule 54(d)(2), subject to the provisions of this subdivision (h), at a time the court sets. Notice of the motion must be served on all parties and, for motions by class counsel, directed to class members in a reasonable manner.
> (2) A class member, or a party from whom payment is sought, may object to the motion.
> (3) The court may hold a hearing and must find the facts and state its legal conclusions under Rule 52(a).

The rule clearly states that class members may object to "the motion," not just to the amount of fees requested in the motion. To satisfy this rule, Class Members must have an opportunity to object to the Settlement Agreement *after* the Attorneys' Fee Application is filed, so logically, the objection deadline cannot come *before* this application is filed with the court. Contrary to Rule 23 (h), neither this Objector, nor any Class Members will be given this right.

Here, Class Counsel did not file their Attorneys' Fees Application prior to the objection deadline on June 11, 2010. Class Members, therefore, were not given a reasonable time to evaluate and object to the motion. Without providing Class Members with ALL necessary information pertaining to this settlement, they cannot possibly evaluate it for fairness. Class Members have the right to make an informed decision on whether to object, opt out, or give up their legal rights and partake in this settlement. Here, their decision calls for speculation. No court could evaluate the fairness of a class action settlement without this information and the Class Members should not be forced to either. Therefore, the court should not determine the settlement is fair, adequate, or reasonable until the Class Members can properly make that determination for themselves.

## II.

### Incentive Awards for Class Representatives are Unreasonable

Incentive awards may be awarded at the District Court's discretion. *Rodriguez v. West Publishing Corp.*, 563 F.3d 948, 958 (9th Cir. 2009). In class actions it is fairly common to issue the incentive awards. *Id.* When granted, they are "intended to compensate class representatives for work done on behalf of the class, to make up for financial or reputational risk undertaken in bringing the action, and, sometimes, to recognize their willingness to act as a private attorney general." *Id at* 958-59. In general, courts have held incentive awards of $5,000 are reasonable. *Hopson v. Hanesbrands, Inc.*, No. CV-08-0844 (EDL), 2009 WL 928133, at *10 (N.D. Cal. April 3, 2009). To

assess whether an incentive payment is excessive, district courts balance "the number of named plaintiffs receiving incentive payments, the proportion of the payments relative to the settlement amount, and the size of each payment." *Stanton v. Boeing*, 327 F.3d 938, 977 (9th Cir. 2003).

According to the Settlement Agreement, each of the nine class representatives will seek an incentive award up to $10,000. Class Counsel has not provided the Class Members with information on why each of the nine named class representatives is entitled to incentive fees above and beyond the standard $5,000 fee. It is very unlikely that each named class member put in an equal amount of work deserving an equal incentive award. Class Counsel has the burden to show that each and every one of the named representatives is deserving of an incentive award. Also, if more than $5,000 is sought for an individual, the higher payment may only be justified by the amount of work required of that class representative because all of the factors in *Stanton* weigh against an increased incentive award in this case. *See Id.*

The Defendant's do not have any interest in how their money is spent in this settlement, rather, they are only concerned with its overall cost. Therefore, every dollar used that does not benefit the class as a whole is not in the Class Members interest. Until Class Counsel justifies the incentive awards, granting $10,000 to each of the nine class representatives is unfair to the class. The settlement will remain unfair, unreasonable, and inadequate until these payments are substantiated.

## III.

## Class Counsel Mischaracterizes the Value of the Settlement

The Motion for Preliminary Approval of Settlement represents a 3 month membership to 24 Hour Fitness as being valued in the range of $150-$200. However, the 24 Hour Fitness Website makes clear that these numbers are overstated. For example, in some areas an individual can sign up for month to month membership for $29.99 subject to a $10-$20 initial fee. **EXHIBIT A.** This is as large as a $100 difference in the value stated by Class Counsel and is misleading to Class Members.

Class Counsel has a duty to fairly represent their client. Purposefully misstating the value of the settlement to Class Members highlights the clear divergence of interests between Class Counsel and the Class Members at this point of the litigation. If this settlement were fair, Class Counsel would be able to present the terms of the settlement with full transparency and honesty. Instead, they are trying to sell the Class Members on this settlement by mischaracterizing its value. This attempt to dupe their clients into agreeing to a settlement renders the settlement fundamentally unfair and unreasonable. The court should require that Class Counsel accurately represent what benefits they have negotiated for their client as their attorney, not as an advocate.

///

///

## IV.

## The Settlement Provides Little to No Benefit to Silent Class Members

"Courts widely recognize that compensation in kind is worth less than cash of the same nominal value." *Acosta v. Trans Union, LLC.*, 243 F.R.D. 377, 390(C.D. Cal. 2007). To arrive at the actual value of a non-cash payment, the court should consider how many people will have use for the coupon, whether there is a secondary market, and the cost to the distributor. *Id.*

Unfortunately, many Class Members will not have use for this coupon. The Motion for Preliminary Approval of Settlement says the 3 month membership coupon will expire within one year of issuance. This greatly reduces, if not eliminates, the value of this coupon to Many Class members. Those Class Members who have already agreed to pay for a multiple year contract get no value because of this expiration provision. Others who are not willing to leave their current club because cancelling their membership and restarting three months later would be expensive because of start up fees and higher rates will not benefit. Class Members who have moved away from an area where a 24 Hour Fitness is accessible gain nothing. Finally, some Class Members may have cancelled simply because they don't like working out in a gym, or more particularly, in a 24 Hour Fitness gym.

The secondary market is very limited and only adds value to for a small group of Class Members. The coupons are only transferable to family members or roommates.

This essentially limits any cash market for a very small group of individuals who could sell it to a willing roommate or family members. With no cash market the value of this non-cash payment significantly decreases.

Also cutting against their value is the fact that adding new gym members will be very inexpensive for 24 Hour Fitness. In fact, it would probably benefit 24 Hour Fitness almost as much as it cost them. They will have the opportunity to sell the Class Members all of their goods and services and possibly get them to rejoin their gym.

Each of these three factors weighs against the notion that the in kind compensation is valuable. When taken together, these membership coupons will provide marginal, if any relief to the silent Class Members. Therefore, this settlement inadequately accounts for the non-claimant members interests and should not be approved.

Dated:  June 11, 2010       By: _____
                                Darrell Palmer
                                Attorney for Objector, Toni Ozen

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2010, I served the following participants via electronic mail to the e-mail addresses listed:

**Counsel for Settlement Classes**
Melissa M. Harnett (mharnett@wcclaw.com)
Wasserman Comden Casselman & Esensten, LLP

Jeffrey F. Keller (jfkeller@kellergrover.com)
Keller Grover LLP

**Counsel for Defendant 24 Hour Fitness**
James F. Basile (james.basile@kirkland.com)
Elizabeth L. Deeley (elisabeth.deeley@kirkland.com)

I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid on today's date to the following:

**Counsel for Settlement Classes**
Melissa M. Harnett
Wasserman Comden Casselman & Esensten, LLP
5567 Reseda Blvd., Suite 330, Tarzana, CA 91357

Jeffrey F. Keller
Keller Grover LLP
425 Second Street, Suite 500, San Francisco, CA 94107

**Counsel for Defendant 24 Hour Fitness**
James F. Basile
Elizabeth L. Deeley
Kirkland & Ellis LLP
555 California Street, San Francisco, CA 94104

By: _____
Darrell Palmer

**EXHIBIT A**

# EXHIBIT A



- search
- **Home**
- find a club

- **Membership** [Search]
  Enter Keywords
  SIGN IN
  I'M A MEMBER
    ○ Special Offers
    ○ Why 24 Hour Fitness
    ○ Check Our Prices
    ○ How to Join
    ○ Free 7 Day Pass
    ○ Membership Guide
    ○ Membership FAQ
    ○ Club Access
    ○ Corporate Wellness

- **Clubs**

    ○ Find a Club
    ○ Find a Trainer
    ○ Newest Clubs
    ○ Opening Soon
    ○ Types & Amenities
    ○ Kids' club
    ○ Signature Clubs
    ○ Cardless Check-In

- **Classes**

    ○ Class Schedules
    ○ Free 7 Day Pass
    ○ Aerobic and Step
    ○ Boot Camp
    ○ Cycling
    ○ Dance
    ○ Kick Boxing
    ○ Les Mills
    ○ Mind/Body
    ○ Senior
    ○ Strength Training
    ○ Water Exercise
    ○ Zumba

- **Training**

    ○ What is Training?
    ○ Intro Package
    ○ 5 Components

- Weight Loss
- Buy Training
- Find a Trainer
- Success Stories
- Assurance Program
- Youth Fitness
- bodybugg®

## Community

- Go Team USA
- Biggest Loser
- Join us on Facebook
- YouTube Videos
- Follow us on Twitter
- 12 Million Lives
- Healthy Recipes
- Free Fitness Tools
- E-newsletter
- Speakers Bureau
- KaBOOM! Team Up
- V Foundation
- Weight Watchers
- Playworks

## Shop

- All Products
- bodybugg®
- bodybugg Facebook
- Apex Products
- Nutritional Products
- Fitness Accessories
- Home Workout
- Gift Cards
- 24-to-your-door

## Magazine

Gym Membership | Health Club & Fitness Center Membership at 24 Hour Fitness

Bookmark and Share

# Special Offers

Are you a member? click here for member specials

Membership specials

## Keep Fit All-Club Sport Membership Includes Access to Over 350 Clubs. $29.99 monthly dues plus pay initiation fee.

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. No long term contract required. Offer not valid in Reno, Northern CA, MD, NJ & NY. Restrictions apply.

**Expires 6/16/10.** Also available in club.

**Instructions:** Enter your zip code below and choose a club. Select an All-Club Sport monthly payment membership on the choose your membership page.

find a club and join online today: [zip] [Go]

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. Offer not valid in Reno, Northern CA, Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport Clubs. Membership dues are $29.99 per month. All-Club access depends on membership purchased; All-Club Sport memberships do not include access to Super/Ultra Sport clubs. Taxes may apply. Not valid for current members. Dues must be paid by pre-authorized payment (eft). Kids' Club and Personal Training available for an additional fee. Must be at least 18 years old (19 in NE) or 12 with parent. No other discounts with this offer. Incentives may be offered for other memberships. Facilities and amenities may vary per location. Not all clubs open 24 hours every day. See club for details. Offer expires 6/16/10. ©2010 24 Hour Fitness USA, Inc.

## Keep Fit One-Club Sport Membership $26.99 monthly dues plus pay initiation fee.

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. No long term contract required. Offer not valid in Reno, Northern CA, MD, NJ & NY. Restrictions apply.

**Expires 6/16/10.** Also available in club.

**Instructions:** Enter your zip code below and choose a club. Select a One-Club Sport monthly payment membership on the choose your membership page.

find a club and join online today: [zip] [Go]

Access to club of enrollment only. Pay initation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. Offer not valid in Reno, Northern CA, Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport Clubs. Membership dues are $26.99 per month. Taxes may apply. Not valid for current members. Dues must be paid by pre-authorized payment (eft). Kids' Club and Personal Training available for an additional fee. Must be at least 18 years old (19 in NE) or 12 with parent. No other discounts with this offer. Incentives may be offered for other memberships. Facilities and amenities may vary per location. Not all clubs open 24 hours every day. See club for details. Offer expires 6/16/10. ©2010 24 Hour Fitness USA, Inc.

## Add a family member to your Monthly Payment Sport Membership for $0 initiation fee and only $24.99 monthly dues.

Pay first and last month's dues per person. Applies to All-Club or One-Club Sport access family add-on memberships. Offer not valid in MD, NJ & NY. Restrictions apply.

Gym Membership Special OHMs Health Club & Fitness Center Month 10 up Offers at 24.17 Page 4 of 5
Gym Membership Special Document Month/10 up Pages 4 of 5
#:15679

**Expires 6/13/10.** Also available in club.

**Instructions:** Enter your zip code below and choose a club. Select a One-Club or All-Club monthly payment sport membership on the choose your membership page. Then add your family member(s) on the next step.

**find a club and join online today:** [____zip____] [X] Go

Pay first and last months' dues per person. Offer not valid in Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport Clubs. One-Club access is for club of enrollment only. All-Club access depends on membership purchased; All-Club Sport memberships do not include access to Super/Ultra Sport clubs. Must be 18 years old (19 in NE), or 12 with parent. Family add-ons must live at the same address as Master member. Maximum of 9 family add-ons (with not more than 1 family add-on between the ages of 18-65) per Master member account. Family add-ons can only be added to a Keep Fit One-Club or Keep Fit All-Club membership. Family member monthly dues must be debited from the same account as the original Master member. Dues must be paid by pre-authorized payment (eft). See club for details. No other discounts with this offer. Facilities and amenities vary per location. Not all clubs open 24 hours every day.

## $599 3 Year All-Club Sport membership with three, 50-minute Personal Training sessions and access to over 350 clubs and Add a Family Member at the same time for $599.99 more.

On a limited term non-renewable prepaid membership. Offer not valid in FL, HI, MD, NJ & NY. Restrictions Apply.

**Expires 6/13/10.** Also available in club.

**Instructions:** Enter your zip code below and choose a club. Select an 3 Year Prepaid All-Club membership on the choose your membership page.

**find a club and join online today:** [____zip____] [X] Go

For a limited term non-renewable prepaid membership. Offer not available in Florida, Hawaii, Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport clubs. All-Club access depends on membership purchased; All-Club Sport memberships do not include access to Super/Ultra Sport clubs. Must be 18 years old (19 in NE), or 12 with parent. Personal Training comes with a 30 day money back guarantee. Money back guarantee is for the value of Personal Training sessions ($99) only; money back guarantee does not apply to the membership portion of this offer. All Personal Training sessions must be used within 30 days of purchase for money back guarantee; otherwise sessions are valid for 6 months from date of purchase. Family add-ons must live at the same address as Master member. Maximum of 9 family add-ons (with not more than 1 family add-on between the ages of 18-65) per Master member account. Other family add-on rules apply. Taxes may apply. First time users only. No other discounts with this offer. Days must be used consecutively. Incentives may be offered for other memberships. Facilities and amenities may vary per location. Not all clubs open 24 hours every day. See club for details. Offer expires 6/13/10. ©2010 24 Hour Fitness USA, Inc.

Personal Training specials

## Purchase three 50-minute Personal Training sessions for $129

Plus a 30 day money back guarantee. VALID FOR FIRST-TIME PURCHASERS ONLY. Must use all 3 sessions within 30 days of purchase for guarantee.

Learn more about the intro package.

**Instructions:** Buy any membership and select three, 50-minute sessions package.

Available online or in club.

find a club and join online today: [zip] [X] Go

Must be a member in good standing. First time purchasers only. Also available in club. Limit 1 package per person. Packages not available for use with master trainers. All sessions must be used within 6 months from date of purchase. Personal Training Credit ("PT Credit") cannot be used towards another Introductory Personal Training Package purchase within 6 months of original purchase date. PT Credit is valid for Personal Training purchases of $129 or more. Member will forfeit PT Credit if money back guarantee refund is requested. Member will no longer be eligible for money back guarantee once PT Credit is redeemed. Must use all 3 personal training sessions within 30 days after the date of purchase to receive money back guarantee. Participating locations only. Offer may expire at any time.

Retail offers

# bodybugg® Personal Calorie Management System only $175

Plus get the Digital Display for only $64 and FREE GROUND SHIPPING on all mystore orders. As seen on The Biggest Loser.

**Offer expires 6/30/10**. Also available in club.

Learn More about the bodybugg.

Limit 3 per purchase. Limit one color option per transaction. No other discounts or coupons will apply to this offer. Offer valid for black digital display only. Silver digital display is excluded from this offer. Digital display device can only be used with the bodybugg armband. The bodybugg personal calorie management system includes 6 months online subscription. Online subscription renewal fees are: $9.95 for month to month, $49.95 for 6 months or $79.95 for 12 months.

# $19.99 Muscle Milk

Includes Muscle Mile and Muscle Milk Light. Plus get FREE GROUND SHIPPING on all mystore orders.

**Offer expires 6/30/10**. Also available in club.

Buy Online Today

No other discounts or coupons will apply on this offer. limit 3 per flavor per purchase. this discount does not apply to the 24-to-your-door order program.

Other offers

# Get 7 Days Free

Experience a variety of amenities and group exercise classes for 7 days at no charge. See how 24 Hour Fitness can help you achieve a healthier and happier lifestyle. Restrictions apply. Click offer for complete details. get a free 7 day pass

# Sign Up for Our e-Newsletter and Special Offers

Sign up to receive free e-newsletters! Our e-newsletters provide great information and inspiration for living healthier, growing stronger, having fun, and getting the most from your life. By registering for our e-newsletters, you can also receive special offers and promotions from 24 Hour Fitness and our partners! sign up now

- Membership Overview
- Why 24 Hour Fitness
- Check Our Prices
- Membership Guide
- Special Offers
- Membership Types
- Club Access
- Corporate Wellness
- Member Services
- Easypay
- Member Kit
- Fitperks Offers



Buy with Confidence

-  Click here for BBB Business Review

Take Action

- Reasons to Join
- Get 7 Days Free
- Membership Finder

Reasons to Believe

-  Buddy Up

- Buddy Up - Working out with a friend is much more fun. READ ARTICLE

Learn More

- Group Exercise
- Personal Training
- Reasons to Join
- Success Stories



file:///P:\...\Data\Local\Microsoft\Windows\Temporary Internet Files\ 6/11/2010



About Us | Careers | Contact Us | Press Room | Partnerships | FAQ | Site map | Member Policy
Privacy Policy | Terms of Use | © 2010 24 Hour Fitness USA, Inc. All rights reserved.