

**JUDGE'S COPY**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA CASE No. CV 06-06282 AHM

**OBJECTION TO THE TERMS OF THE SETTLEMENT IN THE MATTER OF DANIEL FRIEDMAN et al. V. 24 Hour Fitness USA Inc.**

**NAME:** ABIODUN SODIPO

**ADDRESS:** P. O. Box 71882, Oakland, CA 94612

**PHONE:** (925) 577 5678

**Member Number:** GY67246



**Grounds of Objection:** I object to the terms of settlement based on the fact the material cost it will impose on the company either directly or through its effect will only pose a future burden on members through increases in member's dues that would be required to cover such additional costs.

While I have had multiple issues with the defendant while I was a member including more serious issues than those under consideration in this case both related (the process of ending membership) and unrelated (harassment from outside the club by unknown parties I also reported to the police to no avail) I recognize that the lawyers and the lead/named plaintiffs must have put in a considerable amount of time and effort into reaching this settlement.

My objection is driven that by a fundamental belief that justice should not only be available to those who have money and should be fundamentally fair, the hurt party should not come off worse than his prior state, the issue in question is straight forward the company either continued to deduct dues after members expressly stated their intention to leave or did not, in such matters the judicial system should operate in such a fashion that relief should be available in a streamlined and straightforward manner rather than on the discretion of tort attorneys who might only be motivated by the prospect of a monetary payout or an outcome in which they end up with a pyrrhic victory.

Society has evolved into the present state of civilization from antecedents where wronged parties take direct retribution from perceived wrongs because of an express social contract the judicial system will review and speedily render a determination on matters presented before it, this alas is not the case and I speak from experience, whether it is an issue of the judiciary being overburdened or the legislature not fashioning or updating laws fast enough to keep up with developments in society, we the people collectively suffer because of the contortions we must go through to obtain justice.

I place little hope that my opinion or objection will count for much but make it a point of duty to place it on the record.

In lieu of a streamlined process that permits hurt parties to obtain justice in a timely basis we are presently faced with what is essentially a filter that is not part of the intent of the drafters of the constitution, the discretionary opinion of a tort lawyer about whether pursuing justice is worth their while or not (This objection is not being raised as an indication of my perception of the character of tort lawyers one way or the other but a strongly held belief the cost imposed by their involvement would not be necessary if the judicial system worked as it can and should).

I am not asking for any alternative reliefs beyond the defendant's commitment to cease and desist from its untoward conduct and request that I be excluded from any monetary payments or gifts offered by the defendant as part of this or any future modified settlement in the matter (I would otherwise opt out of the settlement completely but this is the only way I have to be heard in the matter, I unfortunately recognize it means I will be bound by the terms of the settlement even though I will most likely not like it, I can at least take the high road by sending back the outlined settlement benefits beyond a commitment to cease/desist and my request enclosed below that the defendant be more attentive to its customers ) .

My essential request is that any settlement fashioned should in no way pose a future financial burden on members and the defendant develop a transparent system for handling honest complaints by its members/customers with proper oversight by management.

**BRIEFS:** I am requesting the preparation of a study by the defendant showing that the terms of the settlement will not impose a future financial burden on members (I do not have the resources to conduct such a study at this time).

**WITNESSES:** NONE

**APPEARANCE AT SETTLEMENT HEARING:** I am unable to determine if I will appear at the hearing at this time.

**SIGNATURE:** *[signature]*