1167 Kiefer Creek Meadows
Ellisville, Missouri 63021
(314) 974-3266

June 10, 2010

Clerk of Court
U.S. District Court for the
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Ms. Melissa M. Harnett, Esq.
Wasserman Comden, Casselman & Esensten, LLP
5567 Reseda Blvd., Suite 330
Tarzana, CA 91357

Mr. Jeffrey F. Keller, Esq.
Keller Grover LLP
425 Second St., Suite 500
San Francisco, CA 94107

Mr. James F. Basile, Esq.
Ms. Elizabeth L. Deely, Esq.
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104

Re: Daniel Friedman et al. v. 24 Hour Fitness USA, Inc.
Case No. 06-06282 AHM
Objection to Proposed Class Action Settlement

*Sent via FedEX Standard Overnight*

Dear Clerk of Court, Mses. Hartnett and Deely, and Messrs. Keller and Basile,

Please accept this correspondence as my objection to the proposed class action settlement. Please also accept this correspondence as my request for leave of Court to excuse my personal appearance at the Settlement Hearing on July 12, 2010.

The following is information required by Section IV(3) of the Notice of Proposed Class Action Settlement and Final Fairness Hearing ("Notice").

1. My full name is Dennis Neil Smith, Jr. My address is 1167 Kiefer Creek Meadows, Ellisville, Missouri 63021. My phone number is (314) 974-3266.

2. My member number is GQ13346.

3. The Notice misrepresents the value of the Three Month Club Access Certificate ("Certificate"). Section V(1) of the Notice states that the value of the Certificate amounts to "$149.99 to $199.99". The described value constitutes a misrepresentation because 24 Hour Fitness routinely charges less than $149.99 for three-month memberships. For example, the attached website printout from 24hourfitness.com shows current special offers applicable nationally. The Keep Fit All-Club Sport Membership offers a package seemingly identical to the value of the Certificate afforded to class members. The cost amounts to $29.99 per month, plus an initiation fee of between $9.99 and $19.99. I.e., even with the most expensive initiation fee ($19.98), the cost of the Keep Fit All-Club Sport Membership amounts to no more than $109.95 for a three-month membership. Other offers described in the attached printout show membership packages costing even less. Class members who qualify as family members on a Monthly Payment Sports Membership qualify would pay only $24.99/month with no initiation fee. Class counsel should amend the notice to more accurately describe the cost range of a three-month membership. At present, the stated cost range inflates the real cost range of a three-month membership. Class counsel will likely argue that the attached offers carry expiration dates and are not representative of offers that might be available later in 2010 or early 2011. However, 24hourfitness.com always advertises specials of this nature, and there is no reason to believe that they will discontinue their practice of offering these specials. The value range should state a minimum of either $74.97 or $109.95. Under no circumstance should the low end of the value range amount to $149.99.

   In addition, the Claim Form must be submitted by June 18, 2010, nearly one month prior to the fairness hearing. The Claim Form is misleading because it gives the mistaken impression that class members returning said form with the proper designation will receive twenty dollars. In fact, as referenced in the Notice, the payment is contingent on Court approval, which will occur no earlier than July 12, 2010. Class Members should be allowed to submit the Claim Form through the end of July, or within thirty days following final approval of any settlement. This will ensure that every class member making the twenty-dollar election will be assured of receiving said funds. In addition, it will allow class members who check their mail less frequently (e.g., individuals who forward mail from previous addresses, individuals who receive mail at post office boxes, and individuals enlisted in the armed services) to receive additional and sufficient time to submit a claim form.

4. Please see attached.

5. I do not expect to call witnesses to testify on July 12, 2010.

6. I am unable to appear at the hearing on July 12, 2010, due to a work-related scheduling conflict, but am desirous of appearing in person at the settlement hearing. Please accept this letter as a request for leave of Court to excuse my appearance on July 12, 2010. In the event that the parties will agree to a continuance, I am available to appear on any date in August other than August 2-6, any date in September other than September 8, and any date in October.

7. Signature: _____

Thank you for your attention and courtesies in this matter.

Sincerely,

Dennis "Neil" Smith, Jr.

Enclosure



I'M A MEMBER |    SEARCH    FIND A CLUB

Enter Keywords    



Membership





# Special Offers

Are you a member? click here for member specials

## Membership specials

**Keep Fit All-Club Sport Membership Includes Access to Over 350 Clubs. $29.99 monthly dues plus pay initiation fee.**

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. No long term contract required. Offer not valid in Reno, Northern CA, MD, NJ & NY. Restrictions apply.

**Expires 6/16/10.** Also available in club.

**Instructions:** Enter your zip code below and choose a club. Select an All-Club Sport monthly payment membership on the choose your membership page.

**find a club and join online today:**   zip

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. Offer not valid in Reno, Northern CA, Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport Clubs. Membership dues are $29.99 per month. All-Club access depends on membership purchased; All-Club Sport memberships do not include access to Super/Ultra Sport clubs. Taxes may apply. Not valid for current members. Dues must be paid by pre-authorized payment (eft). Kids' Club and Personal Training available for an additional fee. Must be at least 18 years old (19 in NE) or 12 with parent. No other discounts with this offer. Incentives may be offered for other memberships. Facilities and amenities may vary per location. Not all clubs open 24 hours every day. See club for details. Offer expires 6/16/10. ©2010 24 Hour Fitness USA, Inc.

**Keep Fit One-Club Sport Membership $26.99 monthly dues plus pay initiation fee.**

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. No long term contract required. Offer not valid in Reno, Northern CA, MD, NJ & NY. Restrictions apply.

**Expires 6/16/10.** Also available in club.

**Instructions:** Enter your zip code below and choose a club. Select a One-Club Sport monthly payment membership on the choose your membership page.

**find a club and join online today:**   zip

Access to club of enrollment only. Pay initation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. Offer not valid in Reno, Northern CA, Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport Clubs. Membership dues are $26.99 per month. Taxes may apply. Not valid for current members. Dues must be paid by pre-authorized payment (eft). Kids' Club and Personal Training available for an additional fee. Must be at least 18 years old (19 in NE) or 12 with parent. No other discounts with this offer. Incentives may be offered for other memberships. Facilities and amenities may vary per location. Not all clubs open 24 hours every day. See club for details. Offer expires 6/16/10. ©2010 24 Hour Fitness USA, Inc.

**Add a family member to your Monthly Payment Sport Membership for $0 initiation fee and only $24.99 monthly dues.**

Pay first and last month's dues per person. Applies to All-Club or One-Club Sport access family add-on memberships. Offer not valid in MD, NJ & NY. Restrictions apply.

**Expires 6/13/10.** Also available in club.

**Instructions:** Enter your zip code below and choose a club. Select a One-Club or All-Club monthly payment sport membership on the choose your membership page. Then add your family member(s) on the next step.

**find a club and join online today:**   zip

Pay first and last months' dues per person. Offer not valid in Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport Clubs. One-Club access is for club of enrollment only. All-Club access depends on membership purchased; All-Club Sport memberships do not include access to Super/Ultra Sport clubs. Must be 18 years old (19 in NE), or 12 with parent. Family add-ons must live at the same address as Master member. Maximum of 9 family add-ons (with not more than 1 family add-on between the ages of 18-65) per Master member account. Family add-ons can only be added to a Keep Fit One-Club or Keep Fit All-Club membership. Family member monthly dues must be debited from the same account as the original Master member. Dues must be paid by pre-authorized payment (eft). See club for details. No other discounts with this offer. Facilities and amenities vary per location. Not all clubs open 24 hours every day.

**$599 3 Year All-Club Sport membership with three, 50-minute Personal Training sessions and access to over 350 clubs and Add a Family Member at the same time for $599.99 more.**

On a limited term non-renewable prepaid membership. Offer not valid in FL, HI, MD, NJ & NY. Restrictions Apply.

**Expires 6/13/10.** Also available in club.

**Instructions:** Enter your zip code below and choose a club. Select an 3 Year Prepaid All-Club membership on the choose your membership page.

**find a club and join online today:**   zip

For a limited term non-renewable prepaid membership. Offer not available in Florida, Hawaii, Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport clubs. All-Club access depends on membership purchased; All-Club Sport memberships do not include access to Super/Ultra Sport clubs. Must be 18 years old (19 in NE), or 12 with parent. Personal Training comes with a 30 day money back guarantee. Money back guarantee is for the value of Personal Training sessions ($99) only; money back guarantee does not apply to the membership portion of this offer. All Personal Training sessions must be used within 30 days of purchase for money back guarantee; otherwise sessions are valid for 6 months from date of purchase. Family add-ons must live at the same address as Master member. Maximum of 9 family add-ons (with not more than 1 family add-on between the ages of 18-65) per Master member account. Other family add-on rules apply. Taxes may apply. First time users only. No other discounts with this offer. Days must be used consecutively. Incentives may be offered for other memberships. Facilities and amenities may vary per location. Not all clubs open 24 hours every day. See club for details. Offer expires 6/13/10. ©2010 24 Hour Fitness USA, Inc.

## Personal Training specials

Purchase three 50-minute Personal Training sessions for $129

Plus a 30 day money back guarantee. VALID FOR FIRST-TIME PURCHASERS ONLY. Must use all 3 sessions within 30 days of purchase for guarantee.

Learn more about the intro package.

**Instructions:** Buy any membership and select three, 50-minute sessions package.

Available online or in club.

**find a club and join online today:**        zip

Must be a member in good standing. First time purchasers only. Also available in club. Limit 1 package per person. Packages not available for use with master trainers. All sessions must be used within 6 months from date of purchase. Personal Training Credit ("PT Credit") cannot be used towards another Introductory Personal Training Package purchase within 6 months of original purchase date. PT Credit is valid for Personal Training purchases of $129 or more. Member will forfeit PT Credit if money back guarantee refund is requested. Member will no longer be eligible for money back guarantee once PT Credit is redeemed. Must use all 3 personal training sessions within 30 days after the date of purchase to receive money back guarantee. Participating locations only.  Offer may expire at any time.

## Retail offers

bodybugg® Personal Calorie Management System only $175

Plus get the Digital Display for only $64 and FREE GROUND SHIPPING on all mystore orders. As seen on The Biggest Loser.

**Offer expires 6/30/10**. Also available in club.

Learn More about the bodybugg.

Limit 3 per purchase. Limit one color option per transaction.  No other discounts or coupons will apply to this offer. Offer valid for black digital display only.  Silver digital display is excluded from this offer.  Digital display device can only be used with the bodybugg armband.  The bodybugg personal calorie management system includes 6 months online subscription. Online subscription renewal fees are: $9.95 for month to month, $49.95 for 6 months or $79.95 for 12 months.

$19.99 Muscle Milk

Includes Muscle Mile and Muscle Milk Light. Plus get FREE GROUND SHIPPING on all mystore orders.

**Offer expires 6/30/10**. Also available in club.

Buy Online Today

No other discounts or coupons will apply on this offer. limit 3 per flavor per purchase. this discount does not apply to the 24-to-your-door order program.

## Other offers

Get 7 Days Free

Experience a variety of amenities and group exercise classes for 7 days at no charge. See how 24 Hour Fitness can help you achieve a healthier and happier lifestyle. Restrictions apply. Click offer for complete details. get a free 7 day pass

Sign Up for Our e-Newsletter and Special Offers

Sign up to receive free e-newsletters! Our e-newsletters provide great information and inspiration for living healthier, growing stronger, having fun, and getting the most from your life.  By registering for our e-newsletters, you can also receive special offers and promotions from 24 Hour Fitness and our partners! sign up now

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEDMAN, et al., ) | Case No. CV 06-06282 AHM |
| Plaintiffs ) | |
| ) | CLASS ACTION |
| v. ) | |
| ) | ORDER EXCUSING |
| 24 HOUR FITNESS USA, INC., et al., ) | APPEARANCE OF CLASS MEMBER |
| Defendants. ) | |

Upon application by Class Member Dennis Neil Smith, Jr. (member number GQ13346), said class member is granted leave and excused from appearing at the Settlement Hearing on July 12, 2010.

IT IS SO ORDERED.

_____                                _____
Honorable A. Howard Matz                                Date