902 Bedford Ave Apt 2
Brooklyn, NY 11205
(573) 999-0319

June 10, 2010

Clerk of Court
U.S. District Court for the
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

Ms. Melissa M. Harnett, Esq.
Wasserman Comden, Casselman & Esensten, LLP
5567 Reseda Blvd., Suite 330
Tarzana, CA 91357

Mr. Jeffrey F. Keller, Esq.
Keller Grover LLP
425 Second St., Suite 500
San Francisco, CA 94107

Mr. James F. Basile, Esq.
Ms. Elizabeth L. Deely, Esq.
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104

[FILED stamp: CLERK, U.S. DISTRICT COURT, JUN 16 2010, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

Re:   **Daniel Friedman et al. v. 24 Hour Fitness USA, Inc.**
      **Case No. 06-06282 AHM**
      **Objection to Proposed Class Action Settlement**

*Sent via FedEX Standard Overnight*

Dear Clerk of Court, Mses. Hartnett and Deely, and Messrs. Keller and Basile,

Please accept this correspondence as my objection to the proposed class action settlement. Please also accept this correspondence as my request for leave of Court to excuse my personal appearance at the Settlement Hearing on July 12, 2010.

The following is information required by Section IV(3) of the Notice of Proposed Class Action Settlement and Final Fairness Hearing ("Notice").

1. My full name is Andrew Smith. My address is 902 Bedford Ave., Apt 2, Brooklyn, NY 11205. My phone number is (573) 999-0319.

2. My member number is not currently available, and repeated telephone calls to the claims administrator were not answered.

3. The Notice misrepresents the value of the Three Month Club Access Certificate ("Certificate"). Section V(1) of the Notice states that the value of the Certificate amounts to "$149.99 to $199.99". The described value constitutes a misrepresentation because 24 Hour Fitness routinely charges less than $149.99 for three-month memberships. For example, the attached website printout from 24hourfitness.com shows current special offers applicable nationally. The Keep Fit All-Club Sport Membership offers a package seemingly identical to the value of the Certificate afforded to class members. The cost amounts to $29.99 per month, plus an initiation fee of between $9.99 and $19.99. I.e., even with the most expensive initiation fee ($19.98), the cost of the Keep Fit All-Club Sport Membership amounts to no more than $109.95 for a three-month membership. Other offers described in the attached printout show membership packages costing even less. Class members who qualify as family members on a Monthly Payment Sports Membership qualify would pay only $24.99/month with no initiation fee. Class counsel should amend the notice to more accurately describe the cost range of a three-month membership. At present, the stated cost range inflates the real cost range of a three-month membership. Class counsel will likely argue that the attached offers carry expiration dates and are not representative of offers that might be available later in 2010 or early 2011. However, 24hourfitness.com always advertises specials of this nature, and there is no reason to believe that they will discontinue their practice of offering these specials. The value range should state a minimum of either $74.97 or $109.95. Under no circumstance should the low end of the value range amount to $149.99.

    In addition, the Claim Form must be submitted by June 18, 2010, nearly one month prior to the fairness hearing. The Claim Form is misleading because it gives the mistaken impression that class members returning said form with the proper designation will receive twenty dollars. In fact, as referenced in the Notice, the payment is contingent on Court approval, which will occur no earlier than July 12, 2010. Class Members should be allowed to submit the Claim Form through the end of July, or within thirty days following final approval of any settlement. This will ensure that every class member making the twenty-dollar election will be assured of receiving said funds. In addition, it will allow class members who check their mail less frequently (e.g., individuals who forward mail from previous addresses, individuals who receive mail at post office boxes, and individuals enlisted in the armed services) to receive additional and sufficient time to submit a claim form.

4.  Please see attached.

5.  I do not expect to call witnesses to testify on July 12, 2010.

6.  I am unable to appear at the hearing on July 12, 2010, due to a work-related scheduling conflict, but am desirous of appearing in person at the settlement hearing. Please accept this letter as a request for leave of Court to excuse my appearance on July 12, 2010. In the event that the parties will agree to a continuance, I am available to appear on any date in August after August 17, any date in September, and any date in October.

7.  Signature: _____

Thank you for your attention and courtesies in this matter.

Sincerely,

Andrew Smith

Enclosure

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL FRIEDMAN, et al., | ) | Case No. CV 06-06282 AHM |
| Plaintiffs | ) | |
| | ) | CLASS ACTION |
| v. | ) | |
| | ) | ORDER EXCUSING |
| 24 HOUR FITNESS USA, INC., et al., | ) | APPEARANCE OF CLASS |
| | ) | MEMBER |
| Defendants. | ) | |

Upon application by Class Member Andrew Smith, said class member is granted leave and excused from appearing at the Settlement Hearing on July 12, 2010.

IT IS SO ORDERED.

_____                    _____
Honorable A. Howard Matz                                                              Date



 

## Membership

### Special Offers

Are you a member? click here for member specials

**Membership specials**

Keep Fit All-Club Sport Membership Includes Access to Over 350 Clubs. $29.99 monthly dues plus pay initiation fee.

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. No long term contract required. Offer not valid in Reno, Northern CA, MD, NJ & NY. Restrictions apply.

Expires 6/16/10. Also available in club.

Instructions: Enter your zip code below and choose a club. Select an All-Club Sport monthly payment membership on the choose your membership page.

find a club and join online today: 

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. Offer not valid in Reno, Northern CA, Maryland, New Jersey, New York and other select locations or at Super/Ultra Sport Clubs. Membership dues are $29.99 per month. All-Club access depends on membership purchased; All-Club Sport memberships do not include access to Super/Ultra Sport clubs. Taxes may apply. Not valid for current members. Dues must be paid by pre-authorized payment (eft). Kids' Club and Personal Training available for an additional fee. Must be at least 18 years old (19 in NE) or 12 with parent. No other discounts with this offer. Incentives may be offered for other memberships. Facilities and amenities may vary per location. Not all clubs open 24 hours every day. See club for details. Offer expires 6/16/10. ©2010 24 Hour Fitness USA, Inc.

Keep Fit One-Club Sport Membership $26.99 monthly dues plus pay initiation fee.

Pay initiation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. No long term contract required. Offer not valid in Reno, Northern CA, MD, NJ & NY. Restrictions apply.

Expires 6/16/10. Also available in club.

Instructions: Enter your zip code below and choose a club. Select a One-Club Sport monthly payment membership on the choose your membership page.

find a club and join online today:

Access to club of enrollment only. Pay initation fee and first and last months' dues. One time initiation fee ranges between $9.99-$19.99 depending on club location and type. Offer not valid in Reno, Northern CA, Maryland, New

**Sidebar:**

- Membership Overview
- Why 24 Hour Fitness
- Check Our Prices
- Membership Guide
- Special Offers
- Membership Types
- Club Access
- Corporate Wellness
- Member Services
- Easypay
- Member Kit
- Fitperks Offers





