902 Bedford Ave Apt 2
Brooklyn, NY 11205
(573) 999-0319

June 14, 2010



Clerk of Court
U.S. District Court for the
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

Re:   **Daniel Friedman et al. v. 24 Hour Fitness USA, Inc.**
      **Case No. 06-06282 AHM**
      **Objection to Proposed Class Action Settlement**

*Sent via USPS First Class Mail*


Dear Clerk of Court,

Please accept my apologies for the delay in providing you my class membership number. It is HQ98928.

Thank you for your attention and courtesies in this matter. As always, call with any questions.

                                    Sincerely,

                                    Andrew Smith


Cc:   James F. Basile, Esq.
      Elizabeth L. Deely, Esq.
      Melissa M. Harnett, Esq.
      Jeffrey F. Keller, Esq.

Enclosure