MELISSA M. HARNETT (Bar No. 164309)
  mharnett@wccelaw.com
GREG SCARLETT (Bar No. 131486)
  gscarlett@wccelaw.com
JORDAN S. ESENSTEN (Bar No. 264645)
  jesensten@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile:   (818) 996-8266

JEFFREY F. KELLER (Bar No. 148005)
  jfkeller@kellergrover.com
**KELLER GROVER LLP**
425 2nd Street, Suite 500
San Francisco, CA  94107
Telephone:  (415) 543-1305
Facsimile:  (415) 543-7861

Attorneys for DANIEL FRIEDMAN, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEDMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> 24 HOUR FITNESS USA, INC., et al., <br><br> Defendants. | CASE NO. CV 06-06282 AHM (CTx) <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' OBJECTION TO REQUEST FOR LEAVE OF COURT TO EXCUSE PERSONAL APPEARANCE AT SETTLEMENT HEARING FILED BY UNTIMELY OBJECTORS** |

**1**   On June 16, 2010, two nearly identical letters purporting to object to the
**2** parties' settlement agreement were filed in this Court by Mr. Andrew Smith and Mr.
**3** Dennis "Neil" Smith, Jr. ("The Smith Objectors").  Dennis "Neil" Smith is a lawyer
**4** with the The Smith Law Firm, LLC ("firm), and Andrew "Drew" Smith is an intern
**5** at the firm. See http://neilsmithlaw.com/[1]

**6**   The Court's Order Granting Preliminary Approval set June 11, 2010 as the
**7** deadline "by which Settlement Class Members must (a) file and have postmarked
**8** for mail delivery an objection to the Settlement."  The Class Notice, approved by
**9** this Court on March 22, 2010, mailed to every Settlement Class Member and posted
**10** on friedmanclassaction.com on April 19, 2010, clearly indicated "[t]o be valid, all
**11** objections must be filed and served on or before June 11, 2010."  The Class Notice
**12** provides: "Settlement Class Members who do not timely make their objections in
**13** this manner will be deemed to have waived all objections and shall not be heard or
**14** have the right to appeal approval of the Settlement."  *Id.*  Messrs. Smith failed to
**15** comply with the Court's Order and the terms set forth in the notice.

**16**   Consequently, the Smith Objectors' Requests for Leave of Court to excuse
**17** their appearances at the fairness hearing are moot in light of their failure to timely
**18** file their objections.  Messrs. Smith have no right to be heard or have a right to
**19** appeal. Indeed, the only reason outlined in the Class Notice for an objector to seek
**20** leave to excuse appearance at the hearing is to preserve the right to appeal an order
**21** approving the settlement.  *See* Class Notice, Section IV(3) (Objectors "must appear
**22** in person, or through counsel at the Settlement Hearing, or seek and obtain leave of

**23**

**24**
**25** [1] See also, http://seekingjustice2010.blogspot.com/ where Objector Dennis "Neil"
Smith's phone number identified on his cover letter to the Court (Docket 547) is
**26** also identified in this Blog as his cell phone number referenced in a cover letter to
one of his clients using the letterhead of his firm, The Smith Law Firm, A Limited
**27** Liability Company.
**28**

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1 Court excusing such appearance" in order to preserve appellate rights).  Because
2 Messrs. Smith already lack standing to appeal in light of their failure to file a valid
3 written objection, Messrs. Smith have no appeal standing to preserve by virtue of
4 being excused from appearing.

5      For these reasons, Plaintiffs **OBJECT** to Dennis "Neil" Smith, Jr.'s and
6 Andrew Smith's Requests for Leave of Court to Excuse their Personal Appearance
7 at the settlement hearing and respectfully **REQUEST** the Court deny these Requests
8 as moot or in the alternative delay ruling until the parties have had a chance to file
9 their responses to these objections which will occur on June 28, 2010, the same date
10 Plaintiffs' Motion for Final Approval of Settlement will be filed.

12 DATED: June 18, 2010     **WASSERMAN, COMDEN,**
**CASSELMAN & ESENSTEN, L.L.P.**
13 MELISSA M. HARNETT
GREGORY SCARLETT
14 JORDAN S. ESENSTEN

15 **KELLER GROVER LLP**
JEFFREY F. KELLER

18 By:    /s/-Melissa M. Harnett
19     MELISSA M. HARNETT
Attorneys for DANIEL FRIEDMAN, et al.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033