MELISSA M. HARNETT (Bar No. 164309)
 mharnett@wccelaw.com
GREGORY B. SCARLETT (Bar No. 131486)
 gscarlett@wccelaw.com
JORDAN S. ESENSTEN (Bar No. 264645)
 jesensten@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile:   (818) 996-8266

JEFFREY F. KELLER (Bar No. 148005)
 jfkeller@kellergrover.com
**KELLER GROVER LLP**
425 2nd Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for DANIEL FRIEDMAN, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRIEDMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> 24 HOUR FITNESS USA, INC., et al., <br><br> Defendants. | CASE NO. CV 06-06282 AHM (CTx) <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT** <br><br> Date: July 12, 2010 <br> Time: 10:00 a.m. <br> Crtrm.: 14 <br> Judge: Honorable A. Howard Matz <br><br> Trial Date:   None. |

954571.1

CV 06-06282 AHM (CTx)

Notice of Motion and Motion for Final Approval of Settlement

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 12, 2010 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable A. Howard Matz, in Courtroom 14, located at 312 North Spring Street, Los Angeles, California, the Parties, will, and hereby do, move for final approval of settlement pursuant to Federal Rules of Civil Procedure Rule 23(e), including an award for attorneys' fees and costs pursuant to Federal Rules of Civil Procedure Rule 54(d)(2). The Parties hereby move for an order:

1. Finally certifying, for settlement purposes only, the Settlement Class;

2. Finally approving the Parties' Settlement Agreement as fair, reasonable, and adequate in accordance with Federal Rules of Civil Procedure, Rule 23(e)(2), including the contemplated award of attorneys' fees in the amount of $8 million and costs incurred in this litigation, in accordance with Federal Rules of Civil Procedure Rule 54(d)(2); and

3. Granting incentive awards to Daniel Friedman, Debra McKenna, Molly Kramer, Luis Riojas, Craig Jones, Thomas Hernan, Stephanie Dougherty, Kimberly Zander, and Willman Alfaro in the amount of $10,000 each.

This Motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support of Final Approval of Settlement; the Declarations of Melissa M. Harnett, Jeffrey F. Keller, Kim R. Schmidt, J. Scott Hardy, Alicia Gehring, Daniel Friedman, Debra McKenna, Molly Kramer, Luis Riojas, Craig Jones, Thomas Hernan, Stephanie Dougherty, Kimberly Zander, and Willman Alfaro, Joanna Tuttle, Nadia Brannon, Kathleen Healon, Nickolas

1 Kacprowski, and any attached exhibits, the concurrently filed Application to File
2 Under Seal, for *in camera* review, certain exhibits to the Harnett and Keller
3 declarations, the concurrently filed Consolidated Response to Objections, the papers
4 and pleadings on file in this action, and upon such other evidence as may be
5 presented to the Court at the time of the hearing.

7 DATED: June 28, 2010                     Respectfully submitted,

8                                          **WASSERMAN, COMDEN,
                                           CASSELMAN & ESENSTEN, L.L.P.**
9                                          MELISSA M. HARNETT
                                           GREGORY SCARLETT
10                                         JORDAN S. ESENSTEN

12                                         By:   /s/-Melissa M. Harnett
                                                 MELISSA M. HARNETT
13                                         Attorneys for DANIEL FRIEDMAN, et al.