UNITED STATED DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL FRIEDMAN, ET AL., | ) | CASE NO. CV-06-06282 AHM (CTX) |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF KIM R. SCHMIDT REGARDING SETTLEMENT ADMINISTRATION** |
| vs. | ) | |
| 24 HOUR FITNESS USA, INC., | ) | |
| Defendant. | ) | |

I, Kim R. Schmidt, declare as follows:

1. I am a Senior Vice President for Rust Consulting, Inc. ("Rust Consulting"). I am over twenty-one years of age and authorized to make this declaration on behalf of Rust Consulting, Inc. and myself. The following facts are within my personal knowledge and, if called to testify, I could and would competently testify thereto.

2. Rust Consulting has extensive experience in class action settlement administration, having provided settlement administration services in class action cases involving employment, antitrust, securities fraud, property damage, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 2,500 class action cases.

3. Rust Consulting was retained by 24 Hour Fitness to serve as the administrator for this settlement. Rust Consulting implemented the notice program and executed upon the other administrative items as defined in the Settlement Agreement and requested by counsel. The notice program included the:

    (a) CAFA noticing mailing:

    (b) Direct notice by first-class mail to the Settlement Class Members;

    (c) Paid media notice in People publication of a summary notice;

    (d) Electronic notice through dedicated informational Internet website; and

    (f) Paid internet campaign.

1

Declaration of Kim R. Schmidt regarding Settlement Administration

Other administrative items included:

    (a) Undeliverable Direct Notice;

    (b) Call Center Support to answer Settlement Class Member questions;

    (c) Claim Form processing; and

    (d) Exclusion and Objection.

**CAFA NOTICE**

4. On March 19, 2010, pursuant to the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), requiring that notice be served on the appropriate state and federal officials no later than 10 days after a proposed settlement of claims action is filed in court, Rust Consulting served 58 notices of the settlement, via Certified Mail, upon all States' Attorney General and the US Attorney General, and several state regulatory agencies. The notice of the settlement contained a cover letter and a CD that included case documents and a confidential excel file that included: (i) the names of all known class members organized by State of residence; (ii) a list showing the estimated proportionate share of the claims for the entire settlement belonging to residents of each state. Delivery to all the States' Attorney General, the US Attorney General, and the state regulatory agencies has been confirmed.

**DIRECT NOTICE BY FIRST-CLASS MAIL TO SETTLEMENT CLASS MEMBERS**

5. On March 19, 2010, Kirkland and Ellis LLP provided Rust Consulting with a listing of Settlement Class Members. The listing contained the Settlement Class Members and included their mailing address, or if their mailing address was unavailable, the mailing address for the Club Membership Holder, and identifying Class Member Number. The listing contained other contact information as well.

6. Rust Consulting cross referenced the names and addresses with information found in the United States Postal Service National Change of Address database and standardized the address information for mailing.

7. Rust Consulting worked with counsel to prepare the Notice and Claim Form for printing. The Notice and Claim Form was prepared as a 4-page booklet with a 4-panel Claim Form inserted and attached inside the booklet. The 4-panel Claim Form was printed on a heavier paper stock and prepared

2

1  so that a Settlement Class Member would not need an envelope for the Claim Form.  The Settlement Class Member could complete and simply fold over and return the piece and the postage was pre-paid as Business Reply Mail, no postage necessary.

8.  To help ensure that the Notice and Claim Form was delivered to the appropriate individual, the outside page of the booklet stated, "If someone else paid the final monthly dues payment for you, you should forward this notice to that person."

9.  As instructed by Kirkland and Ellis LLP, the Notice was mailed to the account holder name address, if available, as the account holder is the individual who paid dues on the membership contract.  If there was not a separate account holder name, the notice was mailed to the club member's address, and the notice was addressed to the account holder (i.e. the Settlement Class Member) care of (c/o) the club member.  The notice also included the member number.  The enclosed Claim Form was pre-printed with the class member name.

10.  On April 19, 2010, 1,796,191 Notice and Claim Forms were mailed to eligible settlement Class Members.  A sample Notice and Claim Form is attached as Exhibit A.

**MEDIA IN PEOPLE MAGAZINE**

11.  A full-page ad (7" x 10") appeared on page 75 of the May 3, 2010 edition of People magazine.  The summary notice is attached as Exhibit B.

12.  The print advertising carried a toll-free number, a website address and a mailing address for potential Class Members to request the Notice and Claim Form.

**INTERNET WEBSITE**

13.  On April 19, 2010, Rust Consulting established a website, www.friedmanclassaction.com, to provide information to potential class members and others seeking information about the proposed settlement.

14.  The website provides: (i) answers frequently-asked questions; (ii) important dates: (iii) details regarding the terms of the settlement; (iv) detailed description of the benefits that could be obtained through the settlement; (v) addresses to write to in order to object or "opt-out" of the settlement; (vi) a toll-free phone number and email address to contact Rust Consulting with questions

Declaration of Kim R. Schmidt regarding Settlement Administration

about the settlement; and (vii) information on how to make a claim and full and complete copies of the following documents:

    (a) Settlement Agreement,

    (b) Amendment 1 to the Agreement,

    (c) Court Order Approving Settlement Agreement,

    (d) Memorandum of Points and Authorities in Support for Preliminary Approval of Settlement; and

    (e) Notice of Proposed Class Action Settlement and Final Fairness Hearing.

15. On April 19, 2010, Rust Consulting initialized an email address, info@friedmanclassaction.com, to provide an additional means of contact for settlement information.

**INTERNET CAMPAIGN**

16. Top Class Action designed an internet campaign on key word search advertising for Google, Yahoo, and Bing search engines and posted information on the settlement on their dedicated website.

17. Top Class Action published information on its website about the settlement, including a link to the class website (www.friedmanclassaction.com). This information was available on Top Class Action from April 22, 2010 to May 22, 2010.

18. Top Class Action reported the following results from the key word search.

| Keyword Search | Ad Views | Ad Clicks | Start Date | End Date |
|---|---|---|---|---|
| Bing Network | 146,461 | 492 | 04/22/2010 | 05/21/2010 |
| Google Network | 1,049,347 | 3,532 | 04/22/2010 | 05/21/2010 |
| Yahoo! Network | 1,356,762 | 2,235 | 04/22/2010 | 05/21/2010 |

**UNDELIVERABLE DIRECT NOTICE**

19. As of June 18, 2010, there have been 280,328 Notice and Claim Forms returned by the United States Postal Service to Rust Consulting.

20. Of the 280,328 Notice and Claim Forms returned as undeliverable, 10,635 were returned with a forwarding address and have been remailed to the address provided.

4

Declaration of Kim R. Schmidt regarding Settlement Administration

21. Rust Consulting requested updated address information from a company specializing in providing more current address using the name and address information for Notice and Claim Forms returned as undeliverable without a forwarding address. Rust Consulting was provided with 202,735 updated addresses and remailed the Notice and Claim Form to the address obtained.

22. Of the 1,796,191 total Notice and Claim Forms mailed, 96%, or 1,729,233 were delivered by the United States Postal Service.

**CLASS MEMBER SUPPORT**

23. Pursuant to section IV. 2 (c) of the Settlement Agreement, if a Settlement Class Member makes a request for a Claim Form because they lost or did not receive it, the Settlement Administrator shall mail a new Claim Form provided the Settlement Class Member has not already submitted a Claim Form.

24. Rust Consulting received requests for the Notice and Claim Forms via telephone messages, live discussion with callers, and written requests. As of June 18, 2010, Rust Consulting mailed 281 Notice and Claim Forms to those individuals who were identified as being Settlement Class Members.

25. Rust Consulting also received requests from class members requesting a change of address or change of name. Rust Consulting processed those requests and updated its class listing accordingly.

26. On April 12, 2010, Rust Consulting established a toll-free telephone number, 1-877-773-8183. On April 20, 2010 the line was activated and connects callers with an Interactive Voice Response System ("IVR"). The IVR provides a brief summary, frequently asked questions and answers and allows the caller to leave a message to request a Notice and Claim Form and/or a change of name or address which is available 24 hours a day, 7 days a week. If the caller has additional questions, callers are able to connect with a live customer service representative during the open hours of Monday through Friday from 9:00 am to 7:00 pm Pacific Standard Time.

**CLAIM FORM PROCESSING**

27. As of June 18, 2010, Rust Consulting has received 181,759 Claim Forms. Rust Consulting continues to receive and process Claim Forms.

5

Declaration of Kim R. Schmidt regarding Settlement Administration

28. On June 14, 2010, Rust Consulting mailed 393 cure letters to Settlement Class Members that failed to sign their Claim Forms. As of June 18, 2010, there have been zero responses to the cure letters.

29. Rust Consulting has received correspondence and Claim Forms indicating that the Settlement Class Member is deceased. Letters will be sent requesting additional information permitting the estate or heir to act upon the claim.

**EXCLUSION REQUESTS AND OBJECTION**

30. As of June 18, 2010, Rust Consulting has received 314 requests for exclusion which represents 423 Class Member records. Some of the exclusions were from one Settlement Class Member that had more than one claim. Rust Consulting continues to receive and process requests for exclusion.

31. As directed in the Notice of Proposed Class Action Settlement and Final Fairness Hearing, and on the internet website, Settlement Class Members were to mail objections to the Clerk of Court, Class Counsel and Defense Counsel. However, on May 4, 2010, Rust Consulting did receive one objection, which was forwarded to Counsel.

32. The objection is from Finis Cowan who represents himself, Linda Cowan, Tom Cowan, William Cowan and Grace Cowan and is attached as Exhibit C.

33. On April 19, 2010, Rust Consulting mailed by first-class mail the Notice and Claim Forms to the above names as directed in paragraph 9 of this declaration as follows:

    (a) A Notice was mailed to Finis Cowan at the address provided in the class list. The Claim Form was pre-printed with Finis Cowan's name.

    (b) A Notice mailed to Grace Cowan c/o William Cowan at the address provided in the class list. The Claim Form was pre-printed with Grace Cowan's name.

    (c) A Notice was mailed to Linda Cowan c/o Tom Cowan at the address provided in the class list. The Claim Form was printed with Linda Cowan's name.

**COSTS OF ADMINISTRATION**

34. The estimated costs of settlement administration for the 1,796,191 claim forms and notices mailed is $2,298,712. This amount includes the initial mailing of notice, including printing,

postage, and administrative costs to the mailing, an estimated amount for the printing and mailing of the Three Month Club Access Certificates, publication notice in People Magazine, CAFA notice, publication through Top Class Action, and certain administrative costs such as the toll-free number, website, skip-tracing, and remailing.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of June 2010 at Faribault, Minnesota.

_Kim R. Schmidt_
Kim R. Schmidt

Declaration of Kim R. Schmidt regarding Settlement Administration