O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-06282-AHM (CTx) | Date | July 12, 2010 |
|---|---|---|---|
| Title | DANIEL FRIEDMAN, et al. v. 24 HOUR FITNESS USA, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melissa Harnett | Nickolas A. Kacprowski |
| Gregory B. Scarlett | Elizabeth L. Deeley |

**Proceedings:**     **(1)** MOTION for Settlement Approval of Class Action Settlement filed by Plaintiffs Willman Alfaro, Stephanie Daugherty, Daniel Friedman, Thomas Hernan, Jr, Craig Jones, Molly Kramer, Deborah McKenna, Luis Riojas, Kimberly Zander [555]
**(2)** MOTION to Supplement 24 Hour's Supplemental Responses to Objections to Final Approval of Class Action Settlement filed by Defendant 24 Hour Fitness USA Inc. [561]
(non-evidentiary)

      Court circulates tentative orders and hears oral argument. For reasons stated on the record, the Court grants the motion for settlement approval of class action settlement and the motion to supplement plaintiffs' responses to objections to final approval of class action settlement. Orders to issue.

|  | : | 03 |
|---|---|---|
| | Initials of Preparer | SMO |