Darrell Palmer (SBN 125147)
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email: darrell.palmer@palmerlegalteam.com

Attorney for Objector Toni Ozen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL FRIEDMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 24 HOUR FITNESS USA, INC., et al., <br><br> Defendants. | Case No. 06-cv-06282 AHM (CTx) <br><br> **<u>CLASS ACTION</u>** <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Toni Ozen, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Ruling on Objections to Proposed Final Order and Judgment [579] and Final Order and Judgment Granting Final Approval of Settlement [580] entered in this action on July 12, 2010. Copies of the Orders are attached hereto.

Dated: August 11, 2010      By: ____/s/ Darrell Palmer_____
                                     Darrell Palmer
                                     Attorney for Objector, Toni Ozen

1

NOTICE OF APPEAL

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2010, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

Participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system, to wit:.

**Attorneys for Plaintiffs**

| | |
|---|---|
| Carey G. Been | Jeffrey F. Keller |
| cbeen@kellergrover.com | jfkeller@kellergrover.com |
| Kathleen R. Scanlan | Gregory B. Scarlett |
| kscanlan@kellergrover.com | gscarlett@wccelaw.com |
| Melissa M. Harnett | Robert L. Esensten |
| mharnett@wccelaw.com | ressenten@wccelaw.com |

**Attorneys for Defendant**

| | |
|---|---|
| Elizabeth L. Deeley | James F. Basile |
| elizabeth.deeley@kirkland.com | james.basile@kirkland.com |
| Nickolas A. Kacprowski | Kevin F. Woodall |
| nkacprowski@kirkland.com | kwoodall@foley.com |
| Michael E. Delehunt | Page R. Barnes |
| mdelehunt@foley.com | pbarnes@foley.com |

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Dennis Neil Smith Jr.  
1167 Kiefer Creek Meadows  
Ellisville, MO 63021  

Andrew Smith  
902 Bedford Avenue, Apt. 2  
Brooklyn, NY 11205  

Abiodun Sodipo  
P.O. Box 71882  
Oakland, CA 94612  

                        ___/s/ Darrell Palmer____  
                        Darrell Palmer  
                        Attorney for Toni Ozen, Appellant