**FILED**

UNITED STATES COURT OF APPEALS

AUG 20 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TONI OZEN,<br><br>   Objector - Appellant,<br><br> v.<br><br>24 HOUR FITNESS USA, INC.,<br><br>   Defendant - Appellee. | No. 10-56289<br><br>D.C. No. 2:06-cv-06282-AHM-CT<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 2 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

 Pursuant to the stipulation under Federal Rule of Appellate Procedure 42(b), it is ordered that appeal No. 10-56289 be dismissed. Costs shall be allocated pursuant to the stipulation.

 A copy of this order shall act as and for the mandate of this court.

        For the Court:
        MOLLY C. DWYER
        Clerk of the Court


        Alihandra M. Totor
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
         and Ninth Circuit Rule 27-10

amt/Pro Mo 20Aug 2010